IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00132-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN STEPHEN RUSSELL,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on defendant Shawn Stephen Russell's Request That the Court Order Writ Ad Prosequendum [Docket No. 156], wherein Mr. Russell indicates that he is currently in custody in the Boulder County Jail on local criminal charges and that jail officials have told him that a federal arrest warrant has been lodged against him. Mr. Russell's attorney believes that such warrant was issued in connection with an alleged violation of supervised release. Mr. Russell asks that "steps be taken to have him brought to federal court as soon as possible to answer the allegations." *Id.* at 2. The United States has filed a response opposing the motion. Docket No. 159. The government indicates that Mr. Russell is being held on two state cases. In a Boulder County case, he is charged with Attempted First Degree Murder and in a Jefferson County case he is charged with various domestic violence counts. *Id.* at 2.

The United States is correct Mr. Russell has not been arrested on the federal warrant and, as a result, has no right to be writted into federal court on that warrant. See *McDonald v. New Mexico Parole Bd.*, 955 F.2d 631 (10th Cir. 1991); *Hough v. Alderden*, 236 F. App'x 350 (10th Cir. May 29, 2007) (unpublished). Moreover, the nature of the state charges and the likelihood that the disposition of those charges would be disrupted or delayed were Mr. Russell taken into federal custody provides an appropriate basis for the government not to choose to arrest him at this time. Wherefore, the Request That the Court Order Writ Ad Prosequendum for Shawn Stephen Russell [Docket No. 156] is denied.

DATED January 31, 2018.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge